UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Gloria Harley | : | |
| | : | Case No. 18-15508-DJB |
| Debtor(s) | : | |
| | : | |
| | : | |

# ORDER

**AND NOW**, upon consideration of the Motion for Alternative Disbursement filed by the Standing Chapter 13 Trustee, and any answer filed thereto, and after notice and a hearing it is

**ORDERED,** that the Standing Chapter 13 Trustee shall not make any further disbursements to Debtor(s)' counsel, Michelle Lee, Esquire in this case, and it is

**FURTHER ORDERED,** that the Standing Chapter 13 Trustee shall disburse the funds being held to the remaining unpaid creditors in accordance with the terms of the Chapter 13 Plan and any remaining funds directly to the Debtor.

BY THE COURT

_____
HON. DEREK J. BAKER
U.S. BANKRUPTCY JUDGE